United States Court of Appeals
For the Seventh Circuit

Case No. 25-3096

Transcript Information Sheet

U.S.C.A. – 7th Circuit
RECEIVED
DEC 0 2 2025

I. Proceedings

No hearings occurred in the district court that require transcript preparation.

II. Transcript Status

No transcript is necessary and none has been ordered.

III. Statement

Appellant understands that failure to order transcripts may limit issues on appeal, but no transcript of any evidentiary proceeding exists.

Respectfully submitted,

*Aimee Albrecht*

Aimee Albrecht
200 W. Spring Grove Ave.
Alexis, Illinois 61412
309-221-3270
aimeelalbrecht@yahoo.com
Date: 11/25/2025

1