United States Court of Appeals
For the Seventh Circuit

U.S.C.A. — 7th Circuit
RECEIVED
DEC 02 2025

Case No. 25-3096

Aimee Albrecht,
Petitioner–Appellant,

v.

Sheriff of Rock Island County, Illinois,
Respondent–Appellee.

Docketing Statement

I. Jurisdiction of the District Court

The district court exercised jurisdiction under 28 U.S.C. § 2241 because Appellant challenged ongoing restraint imposed under color of state law through a no-contact Order of Protection extended to the year 2099 and enforced by the Rock Island County Sheriff.

II. Basis for Appellate Jurisdiction

This Court has jurisdiction under 28 U.S.C. § 1291 and § 2253(a). The district court entered final judgment dismissing the Petition on October 16, 2025. Appellant filed a timely Motion to Alter or Amend the Judgment under Rule 59(e), which the district court denied on November 13, 2025.

III. Timeliness of the Appeal

Appellant filed her Notice of Appeal on November 20, 2025. This was within fourteen days after disposition of the Rule 59(e) motion and is therefore timely under Federal Rule of Appellate Procedure 4(a)(4).

IV. Prior Appellate Proceedings in This Case

None.

## V. Related Appellate or District Court Proceedings

Appellant identifies Albrecht v. Thompson, No. 4:22-cv-04156 (C.D. Ill. 2022), as a related prior district court proceeding involving overlapping subject matter. No appeal was taken in that case.

## VI. Parties

Appellant: Aimee Albrecht, appearing pro se.
Appellee: Sheriff of Rock Island County, represented by the Rock Island County State's Attorney.

## VII. Nature of the Case

This appeal concerns the dismissal of a habeas petition alleging ongoing restraint under 28 U.S.C. § 2241, constitutional violations, and denial of an evidentiary hearing.

## VIII. Oral Argument

Appellant takes no position on oral argument and defers to the Court.

## IX. Counsel

Appellant proceeds pro se.

Respectfully submitted,

*Aimee Albrecht*
Aimee Albrecht
200 W. Spring Grove Ave.
Alexis, Illinois 61412
309-221-3270
aimeelalbrecht@yahoo.com
Date: 11/25/2025

Certificate of Service

I certify that on this date, I served a copy of this filing on counsel for the Respondent by mailing or electronically delivering it to:

Austin Carlson
Rock Island County State's Attorney's Office
1317 Third Avenue, Second Floor
Rock Island, Illinois 61201

in accordance with Federal Rule of Appellate Procedure 25.

Respectfully submitted,

*Aimee Albrecht*
Aimee Albrecht
200 W. Spring Grove Ave.
Alexis, Illinois 61412
309-221-3270
aimeelalbrecht@yahoo.com
Date: 11/25/2025