United States Court of Appeals
For the Seventh Circuit

Case No. 25-3096

U.S.C.A. – 7th Circuit
RECEIVED

DEC 04 2025

Aimee Albrecht,
Petitioner–Appellant,

v.

Sheriff of Rock Island County, Illinois,
Respondent–Appellee.

Motion for Permission to File Electronically via CM/ECF

I. Request

Appellant Aimee Albrecht respectfully moves for permission to use the CM/ECF electronic filing system in this appeal. Appellant is proceeding pro se and wishes to file documents electronically for efficiency, accuracy, and to ensure timely receipt of all court notices and filings.

II. Basis for Request

Appellant has regular access to a computer, scanner, and reliable internet connection and is able to convert documents to PDF format. Appellant is able to comply with all filing rules and technical requirements of the CM/ECF system.

III. Pro Se Status

Although pro se litigants are not automatically granted CM/ECF access in this Circuit, the Clerk's Office advised that Appellant may seek leave of Court through motion. Appellant therefore requests formal authorization to file electronically in this case.

1

IV. Relief Requested

Appellant respectfully requests that the Court enter an order granting permission to use CM/ECF for all filings and notifications in Case No. 25-3096.

Respectfully submitted,

*[signature]*

Aimee Albrecht
200 W. Spring Grove Ave.
Alexis, Illinois 61412
309-221-3270
aimeelalbrecht@yahoo.com
Date: 12-01-2025

Certificate of Service

I certify that on this date, I served a copy of this filing on counsel for the Respondent by mailing or electronically delivering it to:

Austin Carlson
Rock Island County State's Attorney's Office
1317 Third Avenue, Second Floor
Rock Island, Illinois 61201

in accordance with Federal Rule of Appellate Procedure 25.

Respectfully submitted,

*[signature]*
Aimee Albrecht
200 W. Spring Grove Ave.
Alexis, Illinois 61412
309-221-3270
aimeelalbrecht@yahoo.com
Date: 12-01-2025