# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 14, 2026

*By the Court:*

| No. 25-3096 | AIMEE ALBRECHT, <br>      Petitioner - Appellant <br><br> v. <br><br> ROCK ISLAND COUNTY SHERIFF, <br>      Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:25-cv-04165-JEH-RLH <br> Central District of Illinois <br> Magistrate Judge Jonathan E. Hawley ||

This case shall proceed to a determination of whether a certificate of appealability should issue. The appellant's brief and appendix, submitted on December 15, 2025, shall be construed as motion for a certificate of appealability. And the appellee's brief, submitted on January 13, 2026, shall be construed as a response to that motion. In keeping with 28 U.S.C. § 2253(c)(1), further briefing will not be invited unless the court issues the requested certificate. If a certificate is issued, then the certificate's terms will affect the scope of any further briefing. If a certificate is denied, then that decision will terminate the appeal. Briefing will remain **SUSPENDED** pending future order of the court.

form name: **c7_Order_BTC**    (form ID: **178**)